IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Newman & Company, Inc.,     :
                Petitioner    :
                              :
           v.             :        No. 1261 C.D. 2022
                              :
Mark Warner (Workers'      :
Compensation Appeal Board),   :
                Respondent  :

**PER CURIAM**                   **O R D E R**

      NOW, January 22, 2024, upon consideration of Petitioner's application for reargument, the application is DENIED.